UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X      Index No. 08- CIV. 4214

JOSEPH E. ADAMS

                         Plaintiff(s)          AFFIDAVIT OF SERVICE

             -against-

PETER DeFOREST, Individually, MICHAEL BILLENS,
Individually, LISETTE HITSMAN and the TOWN OF
UNION VALE, New York          Defendants
_____X

STATE OF NEW YORK, COUNTY OF DUTCHESS: ss:
THOMAS J. HARDING, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on MAY 13, 2008 at 10:33 AM., at 249 DUNCAN ROAD, LAGRANGEVILLE, NY 12540
Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INSTRUCTIONS, PROCEDURES & GUIDELINES FOR ELECTRONIC CASE FILING on PETER DeFOREST defendant therein named.
The index number and filing date of the action were endorsed upon the face of the papers so served therein.

[X] **Individual**    By delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein

[ ] **Corporation**   By delivering thereat a true copy of each to
Personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual    to be              thereof, and said individual to be authorized to accept service on behalf of recipient.

[ ] **Suitable Age Person**   By delivering thereat a true copy of each to                  a person of suitable age and discretion. Said premises is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state.

[ ] **Affixing to Door**   By affixing a true copy of each to the door of said premises, which is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: DATE:     DATE:     DATE:     DATE:
                                                     TIME:     TIME:     TIME:     TIME:

[ ] **Mailing**   Mailed On:
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at         and deposited
said envelope in an official depository under the exclusive care and custody of the U.S.Postal service within New York State.
The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, thereof by return address or Otherwise that the communication was from an attorney or concerned an action against the defendant

[X] **Description**   SEX: MALE      COLOR OF SKIN: WHITE      COLOR OF HAIR: GRAY    AGE: 74
HEIGHT: OVER 6'    WEIGHT: OVER 200 LBS.
Other identifying features: GLASSES

[X] **Military Service**   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The Source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

At the time of said service, deponent paid (tendered) in advance $

Sworn to before me on this _5th_ day of _May_, 2008

                                                        Print name beneath signature
                                                        THOMAS J. HARDING

TANYA COOK
Notary Public, State of New York
Reg No. 01CO5073415
Qualified in Dutchess County
Commission Expires February 24, 20 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JOSEPH E. ADAMS                              Index No. 08- CIV. 4214

                    Plaintiff(s)             AFFIDAVIT OF SERVICE

        -against-

PETER DeFOREST, Individually, MICHAEL BILLENS,
Individually, LISETTE HITSMAN and the TOWN OF
UNION VALE, New York            Defendants

---------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF DUTCHESS: ss:
THOMAS J. HARDING, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on MAY 13, 2008 at 10:47 AM., at 850 CLOVE ROAD, LAGRANGEVILLE, NY 12540 Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INSTRUCTIONS, PROCEDURES & GUIDELINES FOR ELECTRONIC CASE FILING on MICHAEL BILLENS defendant therein named,
The index number and filing date of the action were endorsed upon the face of the papers so served therein.

☐ **Individual**  By delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein

☐ **Corporation**  By delivering thereat a true copy of each to
Personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual       to be                                            thereof, and said individual to be authorized to accept service on behalf of recipient.

☒ **Suitable Age Person**  By delivering thereat a true copy of each to RICH WISSEMAN (HIGHWAY SUPERINTENDENT) a person of suitable age and discretion. Said premises is defendant's (☒) actual place of business ( ) dwelling place ( ) usual place of abode, within the state.

☐ **Affixing to Door**  By affixing a true copy of each to the door of said premises, which is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: DATE:      DATE:      DATE:      DATE:
                                                                TIME:      TIME:      TIME:      TIME:

☒ **Mailing**  Mailed On: MAY 14, 2008
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's place of business, at 850 CLOVE RD. LAGRANGEVILLE, NY 12540 and deposited said envelope in an official depository under the exclusive care and custody of the U.S.Postal service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, thereof by return address or Otherwise that the communication was from an attorney or concerned an action against the defendant

☒ **Description**
SEX: MALE        COLOR OF SKIN: WHITE       COLOR OF HAIR: BROWN       AGE: 28
HEIGHT: 5'11"    WEIGHT: 205 LBS.
Other identifying features:

☒ **Military Service**  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The Source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

At the time of said service, deponent paid (tendered) in advance $

Sworn to before me on this 13th day of May, 2008

_Signature_
Print name beneath signature
THOMAS J. HARDING

TANYA COOK
Notary Public, State of New York
Reg No. 01CO5073415
Qualified in Dutchess County
Commission Expires February 24, 20 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x      *Index No.* 08- CIV. 4214

JOSEPH E. ADAMS

                        Plaintiff(s)      **AFFIDAVIT OF SERVICE**

         -against-

**PETER DeFOREST, Individually, MICHAEL BILLENS,
Individually, LISETTE HITSMAN and the TOWN OF
UNION VALE, New York**     Defendants
_____ x

**STATE OF NEW YORK, COUNTY OF DUTCHESS: ss:**
THOMAS J. HARDING, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on MAY 13, 2008 at 10:15 AM., at 249 DUNCAN ROAD, LAGRANGEVILLE, NY 12540
Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INSTRUCTIONS PROCEDURES & GUIDELINES FOR ELECTRONIC CASE FILING on LISETTE HITSMAN defendant therein named,
The index number and filing date of the action were endorsed upon the face of the papers so served therein.

☒ **Individual**   By delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein

☐ **Corporation**   By delivering thereat a true copy *of each* to
Personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual   to be   thereof, and said individual to be authorized to accept service on behalf of recipient.

☐ **Suitable Age Person**   By delivering thereat a true copy *of each* to   a person of suitable age and discretion. Said premises is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state.

☐ **Affixing to Door**   By affixing a true copy *of each* to the door of said premises, which is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: DATE: DATE: DATE: DATE: TIME: TIME: TIME: TIME:

☐ **Mailing**   Mailed On:
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at   and deposited said envelope in an official depository under the exclusive care and custody of the U.S.Postal service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, thereof by return address or Otherwise that the communication was from an attorney or concerned an action against the defendant

☒ **Description**
SEX: FEMALE    COLOR OF SKIN: WHITE    COLOR OF HAIR: GRAY    AGE: OVER 65
HEIGHT: 5'4-5'6"    WEIGHT: 120-140 LBS.
Other identifying features: GLASSES

☒ **Military Service**   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform*. The Source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

At the time of said service, deponent paid (tendered) in advance $

Sworn to before me on this 15th day of May, 2008

                                                      Print name beneath signature
                                                      THOMAS J. HARDING

TANYA COOK
Notary Public, State of New York
Reg No. 01CO5073415
Qualified In Dutchess County

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

JOSEPH E. ADAMS                                        Index No. 08- CIV. 4214

                               Plaintiff(s)            **AFFIDAVIT OF SERVICE**

-against-

PETER DeFOREST, Individually, MICHAEL BILLENS,
Individually, LISETTE HITSMAN and the TOWN OF
UNION VALE, New York                             Defendants

------------------------------------X

STATE OF NEW YORK, COUNTY OF DUTCHESS: ss:
THOMAS J. HARDING, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on MAY 13, 2008 at 10:16 A.M., at 249 DUNCAN ROAD, LAGRANGEVILLE, NY 12540
Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INSTRUCTIONS, PROCEDURES & GUIDELINES FOR ELECTRONIC CASE FILING on TOWN OF UNION VALE defendant therein named.
The index number and filing date of the action were endorsed upon the face of the papers so served therein.

[ ] **Individual** — By delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein

[X] **Corporation** — By delivering thereat a true copy of each to MARY LOU DEFOREST
Personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be TOWN CLERK thereof, and said individual to be authorized to accept service on behalf of recipient.

[ ] **Suitable Age Person** — By delivering thereat a true copy of each to                     a person of suitable age
and discretion. Said premises is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises, which is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: DATE:    DATE:    DATE:    DATE:
                                                         TIME:    TIME:    TIME:    TIME:

[ ] **Mailing** — Mailed On:
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at            and deposited said envelope in an official depository under the exclusive care and custody of the U.S.Postal service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, thereof by return address or Otherwise that the communication was from an attorney or concerned an action against the defendant

[X] **Description**
SEX: FEMALE        COLOR OF SKIN: WHITE        COLOR OF HAIR: BROWN        AGE: OVER 65
HEIGHT: 5'0-5'2"   WEIGHT: OVER 200 LBS.
Other identifying features: GLASSES

[ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The Source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

At the time of said service, deponent paid (tendered) in advance $

Sworn to before me on this 15th day of May, 2008

                                                                Print name beneath signature
                                                                **THOMAS J. HARDING**

TANYA COOK
Notary Public, State of New York
Reg No. 01CO5073415
Qualified in Dutchess County
Commission Expires February 24, 20 11