UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X    Index No. 08- CIV. 4214

JOSEPH E. ADAMS

                     Plaintiff(s)        AFFIDAVIT OF SERVICE

      -against-

PETER DeFOREST, Individually, MICHAEL BILLENS,
Individually, LISETTE HITSMAN and the TOWN OF
UNION VALE, New York        Defendants

---------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF DUTCHESS: ss:
THOMAS J. HARDING, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on MAY 13, 2008 at 10:33 AM., at 249 DUNCAN ROAD, LAGRANGEVILLE, NY 12540 Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INSTRUCTIONS, PROCEDURES & GUIDELINES FOR ELECTRONIC CASE FILING on PETER DeFOREST defendant therein named.
The index number and filing date of the action were endorsed upon the face of the papers so served therein.

[X] **Individual**  By delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein

[ ] **Corporation**  By delivering thereat a true copy of each to
Personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual    to be    thereof, and said individual to be authorized to accept service on behalf of recipient.

[ ] **Suitable Age Person**  By delivering thereat a true copy of each to    a person of suitable age and discretion. Said premises is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state.

[ ] **Affixing to Door**  By affixing a true copy of each to the door of said premises, which is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: DATE: DATE: DATE: DATE: TIME: TIME: TIME: TIME:

[ ] **Mailing**  Mailed On:
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at    and deposited said envelope in an official depository under the exclusive care and custody of the U.S.Postal service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, thereof by return address or Otherwise that the communication was from an attorney or concerned an action against the defendant

[X] **Description**
SEX: MALE    COLOR OF SKIN: WHITE    COLOR OF HAIR: GRAY    AGE: 74
HEIGHT: OVER 6'    WEIGHT: OVER 200 LBS.
Other identifying features: GLASSES

[X] **Military Service**  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The Source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

At the time of said service, deponent paid (tendered) in advance $

Sworn to before me on this _15th_ day of _May_, 2008

_[signature]_
Print name beneath signature
**THOMAS J. HARDING**

_[signature]_
TANYA COOK
Notary Public, State of New York
Reg No. 01CO5073415
Qualified in Dutchess County
Commission Expires February 24, 20 _11_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X

JOSEPH E. ADAMS

                           Plaintiff(s)

-against-

PETER DeFOREST, Individually, MICHAEL BILLENS,
Individually, LISETTE HITSMAN and the TOWN OF
UNION VALE, New York        Defendants

---------------------------------------------X

Index No. 08- CIV. 4214

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF DUTCHESS: ss:
THOMAS J. HARDING, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on MAY 13, 2008 at 10:47 AM., at 850 CLOVE ROAD, LAGRANGEVILLE, NY 12540 Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INSTRUCTIONS, PROCEDURES & GUIDELINES FOR ELECTRONIC CASE FILING on MICHAEL BILLENS defendant therein named,
The index number and filing date of the action were endorsed upon the face of the papers so served therein.

☐ **Individual**  By delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein

☐ **Corporation**  By delivering thereat a true copy of each to
Personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual    to be                        thereof; and said individual to be authorized to accept service on behalf of recipient.

☒ **Suitable Age Person**  By delivering thereat a true copy of each to RICH WISSEMAN (HIGHWAY SUPERINTENDENT) a person of suitable age and discretion. Said premises is defendant's (☒) actual place of business ( ) dwelling place ( ) usual place of abode, within the state.

☐ **Affixing to Door**  By affixing a true copy of each to the door of said premises, which is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: DATE:    DATE:    DATE:    DATE:
                                                                            TIME:    TIME:    TIME:    TIME:

☒ **Mailing**  Mailed On: MAY 14, 2008
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's place of business, at 850 CLOVE RD. LAGRANGEVILLE, NY 12540 and deposited said envelope in an official depository under the exclusive care and custody of the U.S.Postal service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, thereof by return address or Otherwise that the communication was from an attorney or concerned an action against the defendant

☒ **Description**
SEX: MALE        COLOR OF SKIN: WHITE      COLOR OF HAIR: BROWN     AGE: 28
HEIGHT: 5'11"    WEIGHT: 205 LBS.
Other identifying features:

☒ **Military Service**  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The Source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

At the time of said service, deponent paid (tendered) in advance $

Sworn to before me on this 13th day of May, 2008

TANYA COOK
Notary Public, State of New York
Reg No. 01CO5073415
Qualified in Dutchess County
Commission Expires February 24, 20 11

Print name beneath signature
THOMAS J. HARDING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x    Index No. 08- CIV. 4214

JOSEPH E. ADAMS

                          Plaintiff(s)    **AFFIDAVIT OF SERVICE**

-against-

PETER DeFOREST, Individually, MICHAEL BILLENS,
Individually, LISETTE HITSMAN and the TOWN OF
UNION VALE, New York       Defendants
_____x

STATE OF NEW YORK, COUNTY OF DUTCHESS: ss:
THOMAS J. HARDING, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS
ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on MAY 13, 2008 at 10:15 AM., at 249 DUNCAN ROAD, LAGRANGEVILLE, NY 12540
Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INSTRUCTIONS PROCEDURES & GUIDELINES FOR
ELECTRONIC CASE FILING on LISETTE HITSMAN defendant therein named,
The index number and filing date of the action were endorsed upon the face of the papers so served therein.

[x] **Individual**   By delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as
                   said defendant therein

[ ] **Corporation**  By delivering thereat a true copy *of each* to
                   Personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew
                   said individual   to be             thereof, and said individual to be authorized to accept service on behalf of
                   recipient.

[ ] **Suitable Age**  By delivering thereat a true copy *of each* to         a person of suitable age
    **Person**      and discretion. Said premises is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the
                   state.

[ ] **Affixing to**  By affixing a true copy *of each* to the door of said premises, which is defendant's ( ) actual place of business ( ) dwelling place
    **Door**       ( ) usual place of abode, within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age
                   and discretion thereat, having called there: DATE:     DATE:     DATE:     DATE:
                                                     TIME:     TIME:     TIME:     TIME:

[ ] **Mailing**      Mailed On:
                   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to
                   defendant at defendant's last known residence, at       and deposited
                   said envelope in an official depository under the exclusive care and custody of the U.S.Postal service within New York State.
                   The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, thereof by return address or
                   Otherwise that the communication was from an attorney or concerned an action against the defendant

[x] **Description**
                   SEX: FEMALE     COLOR OF SKIN: WHITE     COLOR OF HAIR: GRAY     AGE: OVER 65
                   HEIGHT: 5'4-5'6"    WEIGHT: 120-140 LBS.
                   Other identifying features: GLASSES

[x] **Military**    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in
    **Service**    any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The
                   Source of my information and the grounds of my belief are the conversations and observations above narrated.
                   Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that
                   term is defined in either the State or in the Federal statutes.

At the time of said service, deponent paid (tendered) in advance $

                                                                                           Print name beneath signature
Sworn to before me on this 15th day of May, 2008                **THOMAS J. HARDING**

TANYA COOK
Notary Public, State of New York
Reg No. 01CO5073415
Qualified in Dutchess County

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JOSEPH E. ADAMS                                              Index No. 08- CIV. 4214

                         Plaintiff(s)                AFFIDAVIT OF SERVICE

-against-

PETER DeFOREST, Individually, MICHAEL BILLENS,
Individually, LISETTE HITSMAN and the TOWN OF
UNION VALE, New York                                  Defendants

---------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF DUTCHESS: ss:
THOMAS J. HARDING, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on MAY 13, 2008 at 10:16 A.M., at 249 DUNCAN ROAD, LAGRANGEVILLE, NY 12540
Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INSTRUCTIONS, PROCEDURES & GUIDELINES FOR ELECTRONIC CASE FILING on TOWN OF UNION VALE defendant therein named.
The index number and filing date of the action were endorsed upon the face of the papers so served therein.

☐ **Individual** — By delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein

☒ **Corporation** — By delivering thereat a true copy of each to MARY LOU DEFOREST
Personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be TOWN CLERK thereof, and said individual to be authorized to accept service on behalf of recipient.

☐ **Suitable Age Person** — By delivering thereat a true copy of each to                                a person of suitable age and discretion. Said premises is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state.

☐ **Affixing to Door** — By affixing a true copy of each to the door of said premises, which is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: DATE: DATE: DATE: DATE: TIME: TIME: TIME: TIME:

☐ **Mailing** — Mailed On:
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                 and deposited said envelope in an official depository under the exclusive care and custody of the U.S.Postal service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant

☒ **Description**
SEX: FEMALE     COLOR OF SKIN: WHITE     COLOR OF HAIR: BROWN     AGE: OVER 65
HEIGHT: 5'0-5'2"     WEIGHT: OVER 200 LBS.
Other identifying features: GLASSES

☐ **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The Source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

At the time of said service, deponent paid (tendered) in advance $

Sworn to before me on this 15th day of May, 2008

                                    Print name beneath signature
                                    THOMAS J. HARDING

TANYA COOK
Notary Public, State of New York
Reg No. 01CO5073415
Qualified in Dutchess County
Commission Expires February 24, 20 11