UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSEPH E. ADAMS,

                           Plaintiffs,                               NOTICE OF
      -against-                                                    APPEARANCE

PETER DeFOREST, individually, MICHAEL        Docket No.
BILLENS, individually, LISETTE HITSMAN, and      08 Civ. 4214 (KMK)
the TOWN OF UNION VALE,

                           Defendants.
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
         June 6, 2008

                                                    MIRANDA SOKOLOFF SAMBURSKY
                                                    SLONE VERVENIOTIS, LLP
                                                    Attorneys for Defendants

                                                    By: _____
                                                        BRIAN S. SOKOLOFF (bss-7147)
                                                    240 Mineola Boulevard
                                                    The Esposito Building
                                                    Mineola, New York 11501
                                                    (516) 741-7676
                                                    Our File No. 08-264

TO:   LOVETT & GOULD, LLP
       Attorneys for Plaintiff
       222 Bloomingdale Road
       White Plains, New York 10605