UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSEPH E. ADAMS,

                      Plaintiffs,

-against-

PETER DeFOREST, individually, MICHAEL BILLENS, individually, LISETTE HITSMAN, and the TOWN OF UNION VALE,

                      Defendants.
------------------------------------------------------------x

**ANSWER**

Docket No.
08 Civ. 4214 (KMK)

Defendants, by their attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, as and for their answer to the complaint in the above-captioned action, set forth as follows:

1. Deny the allegations contained in ¶ "1" of the complaint, and refer all questions of law to the Court for adjudication.

2. Deny the allegations contained in ¶ "2" of the complaint, and refer all questions of law to the Court for adjudication.

3. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "3" of the complaint, except admit that plaintiff, at all relevant times, was employed by defendant Town.

4. Deny the allegations contained in ¶ "4" of the complaint, and refer all questions of law to the Court for adjudication.

5. Deny the allegations contained in ¶ "5" of the complaint, and refer all questions of law to the Court for adjudication.

6. Admit the allegations contained in ¶ "6" of the complaint.

7. Admit the allegations contained in ¶ "7" of the complaint.

8. Deny the allegations contained in ¶ "8" of the complaint.

9. Deny the allegations contained in ¶ "9" of the complaint.

10. Deny the allegations contained in ¶ "10" of the complaint.

11. Deny the allegations contained in ¶ "11" of the complaint.

12. Deny the allegations contained in ¶ "12" of the complaint.

13. Deny the allegations contained in ¶ "13" of the complaint.

14. Deny the allegations contained in ¶ "14" of the complaint.

15. Deny the allegations contained in ¶ "15" of the complaint.

16. Deny the allegations contained in ¶ "16" of the complaint.

17. Deny the allegations contained in ¶ "17" of the complaint.

18. Deny the allegations contained in ¶ "18" of the complaint.

19. Deny the allegations contained in ¶ "19" of the complaint.

20. Deny the allegations contained in ¶ "20" of the complaint.

21. Deny the allegations contained in ¶ "21" of the complaint.

22. Deny the allegations contained in ¶ "22" of the complaint.

23. Deny the allegations contained in ¶ "23" of the complaint.

24. Deny the allegations contained in ¶ "24" of the complaint.

25. Deny the allegations contained in ¶ "25" of the complaint.

26. Deny the allegations contained in ¶ "26" of the complaint.

27. Deny the allegations contained in ¶ "27" of the complaint.

28. Deny the allegations contained in ¶ "28" of the complaint.

29. Deny the allegations contained in ¶ "29" of the complaint.

30. Deny the allegations contained in ¶ "30" of the complaint.

31. Deny the allegations contained in ¶ "31" of the complaint.

32. Deny the allegations contained in ¶ "32" of the complaint.

33. Deny the allegations contained in ¶ "33" of the complaint.

34. Deny the allegations contained in ¶ "34" of the complaint.

35. Deny the allegations contained in ¶ "35" of the complaint.

### FIRST CLAIM

36. As and for a response to the allegations contained in ¶ "36" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "35" of the complaint, as though they were fully set forth herein.

37. Deny the allegations contained in ¶ "37" of the complaint, and refer all questions of law to the Court for adjudication.

### SECOND CLAIM

38. As and for a response to the allegations contained in ¶ "38" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "35" of the complaint, as though they were fully set forth herein.

39. Deny the allegations contained in ¶ "39" of the complaint, and refer all questions of law to the Court for adjudication.

### THIRD CLAIM

40. As and for a response to the allegations contained in ¶ "40" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "35" of the complaint, as though they were fully set forth herein.

41. Deny the allegations contained in ¶ "41" of the complaint, and refer all questions of law to the Court for adjudication.

### FIRST AFFIRMATIVE DEFENSE

42. Plaintiff's complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

43. The individual defendants are protected by qualified immunity.

### THIRD AFFIRMATIVE DEFENSE

44. Defendant Lisette Hitsman is protected by absolute legislative immunity.

### FOURTH AFFIRMATIVE DEFENSE

45. Plaintiff's speech failed to relate to a matter of public concern.

### FIFTH AFFIRMATIVE DEFENSE

46. Plaintiff's speech was uttered pursuant to his official duties. See Garcetti v. Ceballos, 126 S.Ct. 1951 (2006).

### SIXTH AFFIRMATIVE DEFENSE

47. Plaintiff's complaint does not allege – and he cannot prove – that he was treated differently from anyone similarly situated.

### SEVENTH AFFIRMATIVE DEFENSE

48. Plaintiff's rights were not deprived pursuant to a policy, practice, custom, or procedure of the Town of Union Vale.

### EIGHTH AFFIRMATIVE DEFENSE

49. Plaintiff has failed to mitigate his damages.

### NINTH AFFIRMATIVE DEFENSE

50. Plaintiff has unclean hands.

Dated: Mineola, New York
      July 7, 2008

                        MIRANDA SOKOLOFF SAMBURSKY
                        SLONE VERVENIOTIS, LLP
                        Attorneys for Defendants

                        By: _____
                            BRIAN S. SOKOLOFF (bss-7147)
                        240 Mineola Boulevard
                        The Esposito Building
                        Mineola, New York 11501
                        (516) 741-7676
                        Our File No. 08-264

TO:   LOVETT & GOULD, LLP
       Attorneys for Plaintiff
       222 Bloomingdale Road
       White Plains, New York 10605